UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DWAYNE GARRETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:17-CV-232 CEJ |
| | ) |
| ST. LOUIS COUNTY JUST. CENTER, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon plaintiff's motion for appointment of counsel and review of the case file. It appears from the facts alleged in the complaint that the Court and plaintiff would benefit from appointment of counsel to represent plaintiff, who is presently proceeding pro se. Plaintiff has been granted leave to proceed in forma pauperis.

Accordingly,

**IT IS HERBY ORDERED** that plaintiff's motion for appointment of counsel [Doc. #5] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to appoint plaintiff counsel pursuant to the Plan for the Appointment of Pro Bono Counsel. A separate Notice of Appointment of Pro Bono Counsel shall be entered by the Clerk.

**IT IS FURTHER ORDERED** that the Clerk shall provide a complete copy of the court file to plaintiff's appointed counsel at no cost.

**IT IS FURTHER ORDERED** that plaintiff's newly appointed counsel shall have until April 17, 2017, to file an amended complaint.

Dated this 7th day of March, 2017.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE